IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00564-GCM

| | |
|---|---|
| RIVERCROSS CAPITAL, LLC,<br>KLH ACQUISITION COMPANY, LLC,<br>RUFUS ROAD PARTNERS, LLC,<br>KEITH L HAWTHORNE,<br>JANET B HAIGLER,<br>ROBERT F. ANDERSON,<br><br>      Plaintiffs,<br><br>  v.<br><br>ANTHONY JARRETT CALLAHAN,<br>THE HOWEY CO., INC.,<br>CAMDEN LAND CO., LLC,<br>STGE INVESTMENTS, LLC,<br>DEEPE, LLC,<br>FM CAPITAL, LLC,<br>DAVID S HOWEY,<br>HIGH TENSION RANCH, LLC,<br><br>      Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motions for Admission *Pro Hac Vice* concerning Luke R. Gleissner (Doc. No. 8), Richard R. Gleissner (Doc. No. 9) and Brandon Keith Poston (Doc. No. 10).

Upon review and consideration of the Motions, which were accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motions.

In accordance with Local Rule 83.1(b), Mr. Luke R. Gleissner and Mr. Richard R. Gleissner are admitted to appear before this court *pro hac vice* on behalf of Janet B. Haigler, Chapter 7 Trustee for Callahan Grading, LLC.

In accordance with Local Rule 83.1(b), Mr. Brandon Keith Poston is admitted to appear before this court *pro hac vice* on behalf of Robert F. Anderson, Chapter 7 Trustee for the Bankruptcy Estates of Grinding Specialists, LLC and Grinding Specialists of the Carolinas, LLC.

**SO ORDERED.**

Signed: November 18, 2020

Graham C. Mullen
United States District Judge