IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00564-GCM

| | |
|---|---|
| JANET B HAIGLER,<br>ROBERT F. ANDERSON,<br>RUFUS ROAD PARTNERS, LLC,<br>KEITH L HAWTHORNE,<br>RIVERCROSS CAPITAL, LLC,<br>KLH ACQUISITION COMPANY, LLC,<br><br>      Plaintiffs,<br><br>  v.<br><br>HIGH TENSION RANCH, LLC,<br>ANTHONY JARRETT CALLAHAN,<br>THE HOWEY CO., INC.,<br>CALLAHAN GRADING, LLC,<br>CAMDEN LAND CO., LLC,<br>GRINDING SPECIALISTS OF THE CAROLINAS, LLC,<br>STGE INVESTMENTS, LLC,<br>DEEPE, LLC,<br>FM CAPITAL, LLC,<br>DAVID S HOWEY,<br>GRINDING SPECIALISTS, LLC,<br><br>      Defendants. | **ORDER** |

    **THIS MATTER** comes before the Court on the Motion for Admission *Pro Hac Vice* concerning Frank B. B. Knowlton (ECF No. 40). Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court will grant the motion. In accordance with Local Civil Rule 83.1(b)(1), Mr. Knowlton is admitted to appear before this Court *pro hac vice* on behalf of Robert F. Anderson, Chapter 7 Trustee for the Bankruptcy Estates of Grinding Specialists, LLC and Grinding Specialists of the Carolinas, LLC.

**IT IS THEREFORE ORDERED** that the Motion for Admission *Pro Hac Vice* concerning Frank B. B. Knowlton (ECF No. 40) is **GRANTED**.

**SO ORDERED.**

Signed: September 24, 2021

Graham C. Mullen
United States District Judge