# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:20-CV-00564-GCM

| | |
|---|---|
| **RUFUS ROAD PARTNERS, LLC,**<br>**JANET B HAIGLER,**<br>**RIVERCROSS CAPITAL, LLC,**<br>**ROBERT F. ANDERSON,**<br>**KLH ACQUISITION COMPANY,**<br>**LLC,**<br>**KEITH L HAWTHORNE,**<br><br>       **Plaintiffs,**<br><br>   **v.**<br><br>**ANTHONY JARRETT CALLAHAN,**<br>**THE HOWEY CO., INC.,**<br>**CAMDEN LAND CO., LLC,**<br>**CALLAHAN GRADING, LLC,**<br>**STGE INVESTMENTS, LLC,**<br>**GRINDING SPECIALISTS OF THE**<br>**CAROLINAS, LLC,**<br>**DEEPE, LLC,**<br>**FM CAPITAL, LLC,**<br>**DAVID S HOWEY,**<br>**GRINDING SPECIALISTS, LLC,**<br>**HIGH TENSION RANCH, LLC,**<br><br>       **Defendants.** | **ORDER** |

       **THIS MATTER** comes before the Court on its own motion. The Court previously entered an initial Pretrial Order, stating that a trial date would be set by separate order (ECF No. 47). Having consulted the court's schedule for 2023, the Court is now prepared to calendar this matter for trial.

       **IT IS THEREFORE ORDERED** that the trial in this matter is set for the March 13, 2023 trial term.

       **SO ORDERED.**

Signed: November 2, 2021

Graham C. Mullen
United States District Judge