IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:20-CV-00564-GCM

| | |
|---|---|
| RUFUS ROAD PARTNERS, LLC, JANET B. HAIGLER, RIVERCROSS CAPITAL, LLC, KLH ACQUISITION COMPANY, LLC, ROBERT F. ANDERSON, and KEITH L. HAWTHORNE,<br><br>  Plaintiffs,<br><br>v.<br><br>CAMDEN LAND CO., LLC, STGE INVESTMENTS, LLC, DEEPE, LLC, CALLAHAN GRADING, LLC, FM CAPITAL, LLC, GRINDING SPECIALISTS OF THE CAROLINAS, LLC, DAVID S. HOWEY, GRINDING SPECIALISTS, LLC, HIGH TENSION RANCH, LLC, ANTHONY JARRETT CALLAHAN, and THE HOWEY CO., INC.,<br><br>  Defendants. | **ORDER** |

**THIS MATTER** is before the Court following the Court's Order granting Plaintiff's Motion for Leave to Amend Complaint and to Modify Scheduling Order, (Doc. 73), and upon the parties' jointly-proposed amended discovery deadlines, post-discovery motions deadline, and trial date, (Doc. 77).

**IT IS THEREFORE ORDERED** that the discovery and post-discovery motions deadlines shall be extended as follows:

| | |
|---|---|
| May 2, 2023 | Report(s) from Plaintiffs' retained expert(s) due |
| June 30, 2023 | Report(s) from Defendants' retained expert(s) due |
| July 28, 2023 | Deadline for the Parties to complete discovery |

September 4, 2023    Deadline to file all motions except motions *in limine* and motions to continue

January 22, 2024    Trial

**SO ORDERED.**

Signed: February 6, 2023

Graham C. Mullen
United States District Judge