IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:20-CV-00564-GCM

| | |
|---|---|
| RUFUS ROAD PARTNERS, LLC, JANET B. HAIGLER, RIVERCROSS CAPITAL, LLC, KLH ACQUISITION COMPANY, LLC, ROBERT F. ANDERSON, and KEITH L. HAWTHORNE,<br><br>  Plaintiffs,<br><br>v.<br><br>CAMDEN LAND CO., LLC, STGE INVESTMENTS, LLC, DEEPE, LLC, CALLAHAN GRADING, LLC, FM CAPITAL, LLC, GRINDING SPECIALISTS OF THE CAROLINAS, LLC, DAVID S. HOWEY, GRINDING SPECIALISTS, LLC, HIGH TENSION RANCH, LLC, ANTHONY JARRETT CALLAHAN, and THE HOWEY CO., INC.,<br><br>  Defendants. | **ORDER** |

This matter is before the Court upon its own motion. On August 18, 2023, the Court granted the Parties' Joint Motion for Extension of Time Scheduling Order Deadlines (Doc. No. 87). Pursuant to that Order the trial date in this case must be continued to the July 2024 trial term.

IT IS THEREFORE ORDERED that the trial in this case is hereby continued from the January 22, 2024 trial term to the July 15, 2024 trial term.

Signed: October 2, 2023

Graham C. Mullen
United States District Judge