IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00564-GCM

| | |
|---|---|
| RUFUS ROAD PARTNERS, LLC, <br> JANET B HAIGLER, <br> RIVERCROSS CAPITAL, LLC, <br> ROBERT F. ANDERSON, <br> KLH ACQUISITION COMPANY, LLC, <br> KEITH L HAWTHORNE, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHONY JARRETT CALLAHAN, <br> THE HOWEY CO., INC., <br> CAMDEN LAND CO., LLC, <br> CALLAHAN GRADING, LLC, <br> STGE INVESTMENTS, LLC, <br> GRINDING SPECIALISTS OF THE CAROLINAS, LLC, <br> DEEPE, LLC, <br> FM CAPITAL, LLC, <br> DAVID S HOWEY, <br> GRINDING SPECIALISTS, LLC, <br> HIGH TENSION RANCH, LLC, <br><br> Defendants. | **ORDER** |

**THIS MATTER** comes before the Court on its own motion. This case is currently set for trial on the July 15, 2024 trial term. The Parties have represented to the Court that the case has been completely settled and will be dismissed. Accordingly, the Court orders that this case be removed from the July 15 trial calendar.

SO ORDERED.

Signed: June 25, 2024

Graham C. Mullen
United States District Judge